SPENCER v. DENISON, Court Clerk.

No. A-3085.   Opinion Filed May 31, 1919.

(180 Pac. 558.)

Application by Fred Spencer for writ of mandamus against J. E. Denison, Court Clerk of Kiowa County, to compel him to approve a supersedeas bond. Cause dismissed.

John T. Hays, for petitioner.

PER CURIAM. Application of Fred Spencer for writ of mandamus, directing J. E. Denison, court clerk of Kiowa county, to approve a supersedeas bond in a case pending in this court wherein the said Fred Spencer was plaintiff in error.

Cause dismissed.